```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                               OCT 03, 2014

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY: _____PMC_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> BRITISH AIRWAYS PLC, <br><br> Defendant. | Case No. CV13-4681 SVW (RZx) <br><br> **[PROPOSED] ORDER ON STIPULATION RE DISMISSAL** |

Pursuant to the Stipulation of the parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV13-4681 is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: _____October 3____, 2014      _____

Hon. Stephen V. Wilson
United States District Judge